# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA
TAMPA

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> DARIY PANKOV </br></br>                Defendant. | **Case No.** </br></br> 8:19-cr-00155-WFJ-JSS |

## APPEARANCE OF COUNSEL

**To**:    The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant – DARIY PANKOV.

**Date**:  Brooklyn, New York
         December 30th, 2022

                                                               /s/ Igor Litvak
                                                        Igor Litvak, Esq.
                                                         NY Bar No. 5109749
                                                         The Litvak Law Firm, PLLC
                                                         1733 Sheepshead Bay Road, Suite 22
                                                         Brooklyn, New York 11235
                                                          Office: (718) 889-2908
                                                          E-Mail: Igor@LitvakLawNY.com