AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

DARIY PANKOV
a/k/a "dpxaker"

Defendant

Case No. 8:19-cr-155-T-02-JSS

## ARREST WARRANT    **SEALED**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DARIY PANKOV a/k/a "dpxaker",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of 18 U.S.C. § 371, Trafficking in Unauthorized Access Devices in violaition of 18 U.S.C. § 1029(a)(2); Possession of 15 or More Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(3); Trafficking in Computer Passwords, in violation of 18 U.S.C. § 1030(a)(6).

Date: 4-12-19

Issuing officer's signature

City and state:  Tampa, Florida        ELIZABETH WARREN, Clerk, United States District Court
                                        *Printed name and title*

### Return

This warrant was received on *(date)* 4/12/2019, and the person was arrested on *(date)* 2/20/2023
at *(city and state)* Tampa, FL.

Date: 2/20/2023

Arresting officer's signature

Arturo Garcia  GDUSM
*Printed name and title*